UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMAR P. SINGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEICO INSURANCE AGENCY, INC. and )<br>INSURANCE AUTO AUCTIONS, CORP. )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br>5:17-CV-281-BO |

**Decision by Court.**
This cause comes before the Court on defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and plaintiffs motions for entry of default and for summary judgment pursuant to Rules 55 and 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff Amar P. Singh's motion for entry of default [DE 19] is DENIED, defendants Geico Insurance Agency, Inc. and Insurance Auto Auctions, Corp.'s motion to dismiss [DE 14] is GRANTED, and plaintiff Amar P. Singh's motion for summary judgment [DE 23] is DENIED.

This case is closed.

**This judgment filed and entered on May 8, 2018, and served on:**
Amar P. Singh (via US Mail to P.O. Box 1196, Smithfield, NC 27577)
Stephen D. Feldman (via CM/ECF Notice of Electronic Filing)
Paul M. Cox (via CM/ECF Notice of Electronic Filing)

                                          PETER A. MOORE, JR., CLERK

May 8, 2018

                                          /s/Lindsay Stouch
                                          By: Deputy Clerk